JOHN M. MASTERSON, Appellant, *v.* CALEB E. WHITAKER et al., Respondents:

(Argued December 10, 1883 ; decided January 15, 1884.)

*Flamen B. Candler* for appellant.

*George V. N. Baldwin* for respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

CALEB E. WHITAKER, Respondent, *v.* IMPERIAL SKIRT MANU-FACTURING COMPANY, Appellant.

(Argued December 12, 1883; decided January 15, 1884.)

THE principal questions presented were upon exception to findings of fact.

The court say: "We find no question of law improperly decided, nor any finding of fact unsupported by evidence. In such a case we have only to affirm the judgment. (Code, §§ 1337, 1338; *Reynolds* v. *Robinson*, 82 N. Y. 103; 37 Am. Rep. 555.)"

*Flamen B. Candler* for appellant.

*George V. N. Baldwin* for respondent.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.